**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| AYANA JEFFERSON,<br><br>                              Plaintiff,<br><br>     v.<br><br>ANTONIO BARRACK, et al.,<br><br>                              Defendants. | Case No. 2:26-cv-01162-APG-EJY<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>(ECF No. 7) |

On April 21, 2026, Magistrate Judge Youchah recommended dismissal of plaintiff Ayana Jefferson's complaint because the complaint fails to state a claim and its allegations are so fanciful as to render them frivolous. ECF No. 7.  In response, Jefferson filed what she titled a Verified Petition for Writ of Mandamus that "formally moves to reject the Magistrate[ Judge]'s Report and Recommendation." ECF No. 11.  Thus, I treat it as an objection to Judge Youchah's recommendation.

I have conducted a de novo review of the issues in Judge Youchah's Report and Recommendation under Local Rule IB 3-2.  Jefferson's objection does not rebut Judge Youchah's findings or conclusions, or offer any reason why I should not accept her recommendation.  Judge Youchah's Report and Recommendation sets forth the proper legal analysis and the factual basis for the decision, and I accept and adopt it as my own.

I THEREFORE ORDER that the Report and Recommendation (ECF No. 7) is accepted, and this case is DISMISSED without prejudice.  All pending motions are denied without prejudice.  The clerk of the court shall enter Judgment accordingly and close this case.

Dated:  April 25, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE