**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| AYANA JEFFERSON, | Case No. 2:26-cv-01162-APG-EJY |
| Plaintiff, | **Order Denying Pending Objection and Motions** |
| v. | |
| ANTONIO BARRACK, et al., | (ECF Nos. 19, 20, 21) |
| Defendants. | |

I previously dismissed this case based on Magistrate Judge Youchah's recommendation. ECF No. 15. Two days after that dismissal, plaintiff Ayana Jefferson filed another objection to Judge Youchah's recommendation (ECF No. 19) and an emergency motion for declaratory and injunctive relief (ECF No. 20). Two days after that, she filed an amended petition. ECF No. 21. Because this case is closed, those documents are rogue filings. Nevertheless, I have reviewed them and they do not convince me to change my mind or reopen this case. If Ms. Jefferson wishes to pursue her claims, she must do so in a new lawsuit.

I THEREFORE ORDER that the objection (ECF No. 19), emergency motion for declaratory and injunctive relief (ECF No. 20), and amended petition (ECF No. 21) are denied. This case will remain closed.

Dated: June 18, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE